STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-cr-00068 MMC |
| Plaintiff, | ORDER REGARDING RESTITUTION PAYMENTS; VACATING HEARING |
| v. | |
| DANIEL FLOYD MCRAE, | Hon. Maxine M. Chesney |
| Defendant. | |

On April 1, 2022, defendant Daniel McRae pleaded guilty to one count of bank fraud in violation of 18 U.S.C. § 1344(2) and one count of aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1).

At the sentencing hearing on August 18, 2022, the Court ordered McRae to serve 54 months in custody, plus three years of supervised release, and deferred the determination of restitution until September 7, 2022. Dkt. 31.

Based upon the parties' stipulations and agreements, IT IS HEREBY ORDERED that the total restitution of $208,824 owed by Daniel McRae to the victims shall be paid as follows:

//

//

- California Employment Development Department (EDD) Investigation Division, ATTN: Herbert Lew, 7677 Oakport Street, Suite 225, Oakland, CA 94621: $208,824 (loss attributed to scheme to defraud EDD by submitting false unemployment claims).

The Court will issue an amended judgment that reflects the restitution order. The restitution is due immediately, and the balance due must be paid at a rate of no less than $100 per month or 10 percent of net earnings, whichever is greater, to commence no later than 60 days from the date of this order. Any established payment plan does not preclude enforcement efforts by the U.S. Attorney's Office if the defendant has the ability to pay more than the minimum due. All criminal and monetary payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, California 94102.

The hearing scheduled for September 7, 2022, is hereby VACATED.

DATED: August  31 , 2022

HON. MAXINE M. CHESNEY
United States District Judge